[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 14, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-12720
Non-Argument Calendar

_____

D. C. Docket No. 09-00031-CV-CDL-4

ZACHARY BOUVIER TAYLOR,

Plaintiff-Appellant,

versus

CYNTHIA NELSON,
Warden, Central State Prison,
OPOKU,
DR.,
MARTY ALLEN,
Deputy Warden, Jimmy Autry State Prison,
THURBERT BAKER,
Attorney General, State of Georgia,
CARRER,
Mental Health Nurse, Valdosta State, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(December 14, 2009)

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Zachary Bouvier Taylor, a state prisoner, appeals pro se the sua sponte dismissal of his complaint for failing to comply with an order to either file a copy of his prison trust account statement, 28 U.S.C. § 1915(a)(2), or pay the filing fee. We affirm.

We review a dismissal for failure to comply with a rule of court for abuse of discretion. Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989). A district court may dismiss a complaint sua sponte either under Federal Rule of Civil Procedure 41(b) or based on the inherent power of the court to manage its docket. Betty K Agencies, Ltd. v Monada. M/V, 432 F.3d 1333, 1337 (11th Cir. 2005). "While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." Newsome, 863 F.2d at 837.

Because the record establishes that Taylor failed to comply with an order that he either submit copies of his prison trust account statement or pay the filing fee, the district court did not abuse its discretion by dismissing Taylor's complaint.

**AFFIRMED.**

2